IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DOMINIQUE L. THORNTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIV. A. NO. 25-00241-KD-MU |
| | ) |
| METRO COUNTY JAIL, | ) |
| | ) |
| Defendant. | ) |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B), (Doc. 5), is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED without prejudice** for failure to prosecute and to comply with the Court's order.

**DONE** and **ORDERED** this **8th** day of **October 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**